# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                  June 1, 2015
Courtroom Deputy:      Robert R. Keech
FTR Technician:        Kathy Terasaki

---

Civil Action No. **14-cv-02363-RPM**          <u>Counsel:</u>

**BRIAN SKAGGS and**                          Mark A. Barrionuevo
**LISA SKAGGS**,

    Plaintiffs,

v.

**STATE FARM FIRE AND CASUALTY**              Marc R. Levy
**COMPANY**,

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING:  DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' EXPERT DISCLOSURES AND AMENDED EXPERT DISCLOSURES [ECF DOC. NO. 24]**

**10:29 a.m.**   **Court in session.**

        Court calls case.

        Appearances of counsel.

        Defendant's Motion to Strike Plaintiffs' Expert Disclosures and Amended Expert Disclosures [ECF Doc. No. 24], filed April 2, 2015, is raised for argument.

10:31 a.m.    Statement for Plaintiffs by Mr. Barrionuevo advising Plaintiffs' asking for appraisal and possible stay.

10:31 a.m.    Argument by Defendant by Mr. Levy.

| | |
|---|---|
| 10:35 a.m. | Argument by Plaintiffs by Mr. Barrionuevo. |
| 10:38 a.m. | Argument by Defendant by Mr. Levy. |
| 10:45 a.m. | Argument by Plaintiffs by Mr. Barrionuevo. |
| 10:49 a.m. | Statement by Defendant by Mr. Levy that Defendant wants to proceed with litigation. |

**ORDERED:** Court rules appraisal request is untimely.

**ORDERED:** Defendant's Motion to Strike Plaintiffs' Expert Disclosures and Amended Expert Disclosures is **GRANTED**, excluding Joseph Winston as industry standards expert and limiting witnesses Dorman Troy Payne, Jr., Tyler Vankanan, and James C. Hartley to F.R.E. 701 opinions.

**ORDERED:** Court will extend the discovery cutoff.

**ORDERED:** Counsel for Plaintiffs shall produce expert witnesses Dorman Troy Payne, Jr., Tyler Vankanan, and James C. Hartley for depositions in Colorado.

**ORDERED:** Counsel shall notify the Court of a new deadline for discovery cutoff date.

**10:50 a.m.    Court in recess.**

**Hearing concluded.  Total time:   21 min.**