IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02363-RPM

BRIAN SKAGGS and
LISA SKAGGS,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.
_____

ORDER FOR STATUS REPORT
_____

On July 14, 2015, this Court entered an order directing counsel to notify the Court of a new deadline for the completion of discovery. Counsel have not complied with that order and it is now

ORDERED that counsel shall file a status report on or before January 22, 2016.

Dated: January 15, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge