IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02363-RPM

BRIAN SKAGGS and
LISA SKAGGS,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.
_____

ORDER EXTENDING DISCOVERY DEADLINE
_____

      Pursuant to the request of counsel in the Joint Status Report [Doc. 40], it is

      ORDERED that the deadline for completion of deposition discovery is extended to and

including March 31, 2016.

      Dated: January 25th, 2016

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge