IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-2363-RPM

BRIAN SKAGGS AND LISA SKAGGS,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

THE FOREGOING Stipulation for Dismissal with Prejudice having been submitted by the parties;

The Court, being fully advised in the premises, hereby orders that the above-captioned civil action is dismissed with prejudice, each party to pay its own attorney fees and costs.

DONE AND SIGNED this 24th day of February, 2016.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge